## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| DERRICK PERNELL HOLMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:25-cv-295-JDK-JDL |
| | § | |
| NEAL FRANKLIN, SMITH COUNTY | § | |
| JUDGE, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Derek Pernell Holman, proceeding pro se, filed this lawsuit against Defendants on August 4, 2025. Docket No. 3. This case was referred to United States Magistrate Judge, the Honorable John D. Love, for findings of fact, conclusions of law, and recommendations for disposition.

On October 10, 2025, the Magistrate Judge issued a Report and Recommendation recommending that Defendant Baggett's motion to dismiss be granted and that Plaintiff's claims against Defendant Baggett be dismissed with prejudice. Docket No. 15. No objections to the Report have been filed, and the time period for filing objections has passed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc),

1

*superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).  Here, Plaintiff did not object in the prescribed period.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 15) as the findings of this Court.  Defendant Baggett's motion to dismiss (Docket No. 8) is **GRANTED**.  Plaintiff's claims against Defendant Baggett are **DISMISSED** with prejudice.

So **ORDERED** and **SIGNED** this **9th**   day of **December, 2025.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE